# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **RAFAEL SEGOVIA,** | * | |
| **an individual,** | * | |
| | * | |
| **PLAINTIFF,** | * | |
| | * | |
| v. | * | **Case No.   3:22-cv-862** |
| | * | |
| **MAIN STREET ROSS** | * | |
| **PARTNERS LTD,** | * | |
| **a domestic limited partnership** | * | |
| **&** | * | |
| **OAK LAWNLEMMON** | * | |
| **PARTNERS LLC,** | * | |
| **a domestic limited liability** | * | |
| **company,** | * | |
| | | |
| **DEFENDANTS.** | | |

## STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 17th day of June, 2022.

By:*/s/ Duncan Strickland*

Duncan Strickland
Counsel for Plaintiff

State Bar No.:  24072374
13423 Blanco Road
San Antonio, TX 78216
Telephone: (210) 504-7874
Facsimile: (832) 218-4317
E-mail:  Duncan@StricklandLawFirm.com

## CERTIFICATE OF SERVICE

I certify that, on June 21, 2022, I sent a copy through the electronic filing system to:

Shauna A. Izadi
State Bar No. 24041170
sizadi@izadilegal.com
13155 Noel Road, Suite 900
Dallas, TX 75240
Telephone: (972) 918-5134
Cell: (469) 582-8293

-and-

Robert E. Birne
State Bar No. 02342100
rbirne@gmail.com
7017 John W. Carpenter Freeway
Suite 225
Dallas, TX 75247
Telephone: (214) 267-1590
Cell: (214) 207-8047

*Attorneys for Defendant*

/s/ *Duncan Strickland*